Dylan Ruga (SBN 235969)
dylan@stalwartlaw.com
Ji-In Lee Houck (SBN 280088)
jiin@stalwartlaw.com
**STALWART LAW GROUP**
1100 Glendon Ave., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 954-2000

Attorneys for Defendants KCHLOEE LLC,
KELLY DOWDLE, and ASHER GOTTESMAN

FILED
CLERK, U.S. DISTRICT COURT
January 8, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chloee O'Hayon-Crosby,<br><br>    Plaintiff,<br><br>vs.<br><br>KChloee LLC, Kelly Dowdle, Asher Gottesman, and Does 1 to 20,<br><br>    Defendants. | Case No.: 2:17-cv-08386<br><br>[Los Angeles County Superior Court Case No. SC127909]<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: October 4, 2017<br>(in Los Angeles County Superior Court)<br><br>Trial Date: None Set |

Defendants KChloee LLC, Kelly Dowdle, and Asher Gottesman (collectively, "Defendants") and Plaintiff Chloee O'Hayon-Crosby ("Plaintiff") (collectively, the "Parties") submitted a Stipulation to Remand Removed Action ("Stipulation").

The Court, having read and considered the Parties' Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

(1) This action be remanded to the Superior Court of California, County of Los Angeles, Santa Monica Courthouse, Case No. SC 127909, Dept. M, the Honorable Mitchell L. Beckloff presiding;

(2) Regardless of this Stipulation to remand, Plaintiff's Motion for Attorneys' Fees (Dkt. 28) shall remain on this Court's calendar for hearing on January 29, 2018; and

(3) The Parties shall stipulate in writing, to be presented within 10 days of remand of this action to the Superior Court, a stipulation that the Proposed Second Amended Complaint be admitted to the Superior Court as the Operative Complaint.

**IT IS SO ORDERED.**

Dated: January 8, 2018

THE HON. S. JAMES OTERO
United States District Court Judge

1